# MEMO ENDORSED



DANIEL ZEMEL, ESQ. (NY, NJ)
1373 BROAD ST. SUITE 203-C
CLIFTON, NEW JERSEY 07013
PHONE:   (862) 227-3106
FAX:       (862) 204-5901
DZ@ZEMELLAWLLC.COM

September 29, 2020

**VIA ECF:**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE:   **Rosenfeld v. Capital Management Services, LP** *et al.*
       **7:19-cv-11490**

Honorable Court,

I represent Plaintiff Henna Rosenfeld in this matter. A Pre-Motion Conference is currently scheduled for October 7, 2020 at 2:30 p.m. in the above-referenced matter. I write this letter motion respectfully requesting adjournment of the above conference to a later date at the Court's convenience.

The holiday of Sukkot begins on the eve of October 2, 2020 and continues through the eve of October 11, 2020. I will be out of the office on October 7, 2020 and request the conference be adjourned.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.

CC: All counsel of record via ECF

*Granted. The Court will hold a pre-motion conference on October 30, 2020 at 10:30 via telephone.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

9/30/2020

1