UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HENNA ROSENFELD, Individually and on behalf of all similarly situated consumers, | ) | Case No.:  7:19-cv-11490-KMK |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER GRANTING |
| | ) | PLAINTIFF'S MOTION TO ENFORCE |
| vs. | ) | SUBPOENA AND COMPEL BARCLAYS |
| | ) | BANK TO PROVIDE RESPONSIVE |
| CAPITAL MANAGEMENT SERVICES, LP and NORTHSTAR LOCATION SERVICES, LLC., | ) | DOCUMENTS AND DEPOSITION TESTIMONY |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon consideration of the Plaintiff's Motion to Enforce, and good cause appearing therefore,

IT IS HEREBY ORDERED that Barclay's Bank shall comply with the Subpoena within 30 days.

Dated this ___23___ of ___April___, 2021.

_____

Hon. Kenneth M. Karas., USDJ